**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 23-cv-1148-JEB |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, pursuant to the Court's July 8, 2026 Minute Order, respectfully submit the following:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiffs' April 5, 2023 FOIA request submitted to the Federal Bureau of Investigation ("FBI"), a component United States Department of Justice, seeking all communications containing the terms: (a) "Missy" OR "Morgan" AND "Tim" OR "Timothy" AND "Thibault"; (b) "Missy" OR "Morgan" AND "whistleblower"; (c) "Thibault" AND "whistleblower"; (d) "Thibault" AND "Grassley"; (e) "@missymorganfit"; and, (f) all communications between Timothy Thibault and the news media. Plaintiffs listed January 1, 2015 to the date of the request as the relevant timeframe.

2. FBI issued *Glomar* responses to parts A, B, C, E, and F of Plaintiffs' request pursuant to FOIA Exemptions 6 and 7(C), refusing to confirm or deny the existence of records responsive to those requests. *See* ECF No. 9 at 3-5. As to part D of Plaintiffs' request, FBI categorically withheld any responsive records under FOIA Exemptions 6 and 7(C) following Plaintiffs' administrative appeal. *Id.*

3. Pursuant to this Court's July 6, 2023 minute order, FBI filed a motion for summary judgment on September 15, 2023. *See* ECF No. 9. On November 15, 2023, Plaintiffs opposed FBI's motion and cross-moved for partial summary judgment. *See* ECF No. 15. Following FBI's combined opposition to Plaintiffs' cross-motion and reply in support of FBI's motion for summary judgment, *see* ECF No. 18, Plaintiffs' reply in support of their cross-motion for partial summary judgment, *see* ECF No. 23, and FBI's sur-reply, *see* ECF No. 24, the cross-motions were submitted to the Court on February 28, 2024.

4. On April 29, 2024, this Court issued a memorandum opinion, ECF No. 26, and accompanying order, ECF No. 25, granting in part and denying in part both FBI's motion for summary judgment and Plaintiffs' cross-motion. Specifically, this Court held that FBI's *Glomar* response "was properly issued, except as to non-law-enforcement records responsive to Subpart C of Specification 1"—seeking communications containing the terms "Thibault" AND "whistleblower"—and that FBI's "categorical withholding of documents responsive to Subpart D"—seeking communications containing the terms "Thibault" AND "Grassley"—"was similarly justified except as to any responsive non-law-enforcement records." ECF No. 26 at 28.

5. Accordingly, this Court ordered FBI to "conduct a search for" non-law-enforcement records responsive to those subparts of Plaintiffs' request, if any exist, "and either confirm their non-existence, withhold them in whole or in part based on any further FOIA exemptions, or disclose them." *Id.*; *see also* ECF No. 25. The FBI did so and produced non-law-enforcement records in rolling productions ending on April 9, 2026. Plaintiffs have reviewed those materials, and do not contest either the adequacy of the FBI's search or any of the FBI's redactions to the produced records.

6. On July 1 and July 8, 2026, the parties through separate status reports informed the Court that no merits issues remain in this case. *See* ECF Nos. 40, 41. The parties are now discussing the resolution of this case, and request an additional two months to do so.

7. Accordingly, the parties respectfully request that they be allowed to submit a further joint status report on or before October 2, 2026, to update the Court on the status of those discussions if this case remains pending at that time.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Alexander W. Resar*
Alexander W. Resar
Peter R. Goldstone
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendant*