**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 23-cv-1148-JEB |

# NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that the undersigned attorney, Alexander W. Resar, withdraws his appearance as counsel for Defendants in the above-captioned action. Defendants will continue to be represented by Peter R. Goldstone in this matter.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Alexander W. Resar*

ALEXANDER W. RESAR (N.Y. Bar 5636337)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 616-8188
alexander.w.resar@usdoj.gov